UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-783-GW(SPx) | Date | September 12, 2016 |
|---|---|---|---|
| Title | *Michael Rocca v. Pursche - Gillingham, LLC* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):     ORDER TO SHOW CAUSE RE SETTLEMENT**

On September 9, 2016, Plaintiff Michael Rocca filed a Notice of Settlement.  The Court sets an Order to Show Cause re: Settlement Hearing for November 10, 2016 at 8:30 a.m.

The parties are advised that the status conference will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on November 9, 2016.

All previously set deadlines and dates are vacated and taken off-calendar.

                                                                                                                    :

                                                                            Initials of Preparer     JG