JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PURSCHE – GILLINGHAM, LLC,<br><br>　　　　　　Defendant. | Case No.  CV 16-783-GW(SPx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 14, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE